IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | In proceedings under |
| | ) | Chapter 13 |
| | ) | Case No. 08-21177 |
| SLOBODANKA B. KAROVIC, | ) | |
| | ) | Judge Eugene R. Wedoff |
| Debtor(s). | ) | |

**AMERICAN HOME MORTGAGE SERVICING'S**
**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT**

NOW COMES American Home Mortgage Servicing, Inc., by and through its counsel, LAW OFFICES OF IRA T. NEVEL, and in response to the Trustee's Notice of Payment of Final Mortgage Cure Amount, dated March 1, 2010, states as follows:

As of March 15, 2010, the Debtor remains post due for the (3) January 2010 through and including March 2010 mortgage payments in the amount of $3,213.24 each. (3) January 2010 through March 2010 late charges in the amount of $160.66 each; and $50.00 in attorney fees related to the review preparation and filing of this Response for a total amount due of $10, 171.17.

Respectfully submitted,
Law Offices of Ira T. Nevel

*/s/  Timothy R. Yueill*
By:  Timothy R. Yueill, Esq.
Attorney for American Home Mortgage Servicing, Inc.

Timothy R. Yueill
Greg Elsnic
Ira T. Nevel
LAW OFFICES OF IRA T. NEVEL
175 North Franklin, Suite 201
Chicago, Illinois 60602
(312) 357-1125